# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

LONZO BECKWITH,

    Plaintiff,

v.                                                                                       CASE NO. 4:12-cv-383-MW/CAS

BURLINGTON COAT
FACTORY OF FLORIDA, LLC,

    Defendant.
_____

TYRONE SHAW,

    Plaintiff,

v.                                                                                        CASE NO. 4:12-cv-413-MW/CAS

BURLINGTON COAT
FACTORY OF FLORIDA, LLC,

    Defendant.
_____

VERNON WAY,

    Plaintiff,

v.                                                                                         CASE NO. 4:12-cv-528-MW/CAS

BURLINGTON COAT
FACTORY OF FLORIDA, LLC,

    Defendant.
_____

MICHAEL MILLER,

      Plaintiff,

v.                                                  CASE NO. 4:12-cv-515-MW/CAS

BURLINGTON COAT
FACTORY OF FLORIDA, LLC,

      Defendant.
_____/

## ORDER CONSOLIDATING CASES FOR DISCOVERY PURPOSES

Before this Court is the Consent Motion to Add Additional Case for Consolidation for Discovery Purposes Only, ECF No. 13, jointly filed by all parties on March 6, 2013. The Motion is hereby GRANTED.

Consolidation of the above cases does not mean the actions will be tried together. Each party remains bound by its respective scheduling and mediation order, and any modification thereto, until further ordered by the Court.

Consolidation will not preclude the appropriate treatment of materials that for some reason should not be afforded consolidated treatment. Thus, for example, if a plaintiff seeks to preclude disclosure to another plaintiff of confidential damages information produced to the defendants during discovery or other pretrial proceedings, the standards governing any such confidential treatment will be the same in the consolidated action as would apply in separate actions.

Consolidation will simplify the handling of these actions without compromising the interests of any party in any way.

SO ORDERED on March 7, 2013.

s/Mark E. Walker<br>
United States District Judge